

1140 Avenue of the Americas, 17th Floor, New York, NY 10036
phone: 212-257-4880 | fax: 212-202-6417
www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

December 20, 2024

VIA ECF

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

    Re:    *United States v. Webb (Lopez)*, No. 23-7183(L), 23-7186(CON)

Dear Ms. Wolfe:

    Appellee Hernan Lopez respectfully submits this letter in response to the government's Rule 28(j) letter regarding *United States v. Solakyan*, 119 F.4th 575 (9th Cir. 2024) (ECF No. 107).

    *Solakyan* is irrelevant to this appeal. It involved a *domestic* bribery scheme involving a relationship—between doctors and patients in the United States—that has long been recognized as fiduciary under U.S. law, and which two other circuits had already held satisfies the fiduciary requirement for honest services fraud. *Id.* at 586. The Ninth Circuit held that "the district court did not plainly err in its determination that [18 U.S.C.] § 1346 applies to fraudulent bribery and kickback schemes that deprive patients of their intangible right to the honest services of their physicians." 119 F.4th at 587. In the United States, the relationship between doctors and their patients is analogous to the relationship between attorneys and their clients deemed fiduciary as a matter of "hornbook" law in *United States v. Avenatti*, 81 F.4th 171, 194 n.27 (2d Cir. 2023). By contrast, U.S. law has nothing to say about the relationship between foreign employers and their employees, and there is no pre-*McNally* precedent extending intangible rights theories to guarantee the integrity of such relationships. *See* LB37-38.

    Moreover, *Solakyan* does not even address, much less reject the importance of, pre-*McNally* caselaw to the question whether a case involves the "core" honest services fraud required by *Skilling* and *Percoco*.

                                                 Respectfully submitted,

                                                 /s/ Alexandra A.E. Shapiro

                                                 Alexandra A.E. Shapiro

cc:    All Counsel (via ECF)